December 18, 1981.

441 A.2d 451

Commonwealth v. Alexander, Appellant.

Petition for Allowance of Appeal Denied March 26, 1982.

Submitted January 19, 1981. Donald M. Moser, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and POPOVICH, JJ.

Judgment of sentence affirmed.